UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Roderick Banks**                                    **Docket No. 5:10-CR-77-1BO**

**Petition for Action on Supervised Release**

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roderick Banks, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on April 11, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Roderick Banks was released from custody on February 24, 2014, at which time the term of supervised release commenced. On August 31, 2017, the defendant's case was reassigned to the Honorable Terrence W. Boyle, U.S. District Judge, for all further proceedings.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 18, 2018, in Wake County, North Carolina, the defendant was charged with Driving While Impaired and Speeding (18CR203231). The defendant was released on a $2000 dollar secured bond. The charges remain pending. The defendant was previously charged with Driving While Impaired and Speeding on November 26, 2017 (17CR222785), that case also remains pending in Wake County. While the defendant contests both charges, it is clear that the defendant has not recognized the seriousness of his behavior. Therefore, it is recommended that the defendant be placed on a curfew with radio frequency electronic location monitoring for a period of 60 days. In addition to a curfew, it is also recommended that the defendant be placed on Remote Alcohol Monitoring (Soberlink) for a period of 60 days to monitor the defendant's alcohol use. During this time period, the defendant will be referred back to substance abuse treatment to address his continued alcohol use. It is recommended that the DWI charges be resolved in state court. No further action is recommended at this time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

2. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for a period not to exceed 60 consecutive days.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

/s/ Christopher Studley
Christopher Studley
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8669
Executed On: March 12, 2018

## ORDER OF THE COURT

Considered and ordered this ___*12*___ day of *March*_____, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge